## AFFIRMED

Each party shall bear its costs.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Karen A. WILSON, Petitioner

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2014–3206.

United States Court of Appeals, Federal Circuit.

June 2, 2015.

In re Ronald S. KARPF, Appellant.

No. 2014–1773.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2015.

Stuart A. Miller, Kitchens New Cleghorn LLC, Atlanta, GA, argued for petitioner. Also represented by Joyce E. Kitchens.

Nathanael Yale, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Steven J. Gillingham; Morgan E. Rehrig, Law Department, United States Postal Service, Washington, DC.

REYNA, CLEVENGER, and WALLACH, Circuit Judges.

Andrew V. Trask, Williams & Connolly LLP, Washington, DC, argued for appellant. Also represented by Adam Lawrence Perlman; Christian John Hurt, Nix Patterson & Roach LLP, Irving, TX.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Meredith Hope Schoenfeld, Nathan K. Kelley.

REYNA, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED: